In the Matter of the Application of JULIUS FINE to Fix and Determine His Compensation and Fee as Attorney for the Executors of the Estate of JOSEPH

* Revd., 265 N. Y. 197.

SPEKTORSKY, Deceased.— Decree affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.